**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

IN RE:

JAMES HORACE HAM, JR,

      DEBTORS.

Case No.: BK-18-14482-JDL
Chapter 13

## OBJECTION TO MOTION FOR CONTINUATION OF AUTOMATIC STAY

Comes now the secured creditor, U.S. BANK NATIONAL ASSOCIATION (USB), by their attorneys, Baer & Timberlake, P.C., and hereby objects to the Motion for Continuation of Automatic Stay filed by Debtors (Doc 7). In support of this Objection, USB would show the Court as follows:

1. USB is the holder of a purchase money note and mortgage on the residence, ("mortgaged property") of Debtor. As of November 1, 2018, said note and mortgage has a total estimated outstanding balance of $233,439.56 plus accruing interest along with reasonable attorney fees and for all costs of the action. Debtor has valued the subject property at $210,000.00; therefore there is no equity in the property.

2. The bankruptcy case now before the Court (18-14482) is the 2nd case filed in this district in the past two and one-half years and the 3rd overall in the past 14 years:

    a. 16-12423 – Chapter 13 case filed June 23, 2016 – dismissed for failure to make plan payments, dismissal effective January 23, 2018;

    b. 04-13377 – Chapter 7 case filed March 30, 2004 and discharged July 22, 2004.

3.     Debtors' Plan in this case (18-13817) provides for an arrearage of $24,000.00, however the estimated arrears are $45,362.44.

WHEREFORE, PREMISES CONSIDERED, secured creditor, USB, moves the Court to deny the Motion for Continuation of Automatic Stay filed by Debtors and/or to grant adequate protection or such other and further relief as may be entitled.

                                    U.S. BANK NATIONAL ASSOCIATION,

By:    s/ Matthew J. Hudspeth
       MATTHEW J. HUDSPETH - #14613
       JIM TIMBERLAKE - #14945
       Baer Timberlake, P.C.
       4200 Perimeter Center, Suite 100
       Oklahoma City, OK 73102
       Telephone: (405) 842-7722
       Fax: (918) 794-2768
       mhudspeth@baer-timberlake.com
       Attorney for USBANK

## **CERTIFICATE OF SERVICE**

  I hereby certify that I mailed a true and correct copy of the above and foregoing Objection with postage thereon fully prepaid to the parties listed below on November 7, 2018.

James Horace Ham, Jr
15212 Summit Parke Drive
Edmond, OK 73013

  The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

John T. Hardeman
P.O. Box 1948
Oklahoma City, OK 73101

Chris Mudd
Chris Mudd & Associates
3904 NW 23rd St.
Oklahoma City, OK 73107

Jeffrey E. West
DebtKillerOK.com, Inc.
7805 South Pennsylvania Ave
P.O Box 892225
Oklahoma City, OK 73189

        By:  s/ Matthew J. Hudspeth
            MATTHEW J. HUDSPETH - #14613
            JIM TIMBERLAKE - #14945
            Baer Timberlake, P.C.
            4200 Perimeter Center, Suite 100
            Oklahoma City, OK 73102
            Telephone: (405) 842-7722
            Fax: (918) 794-2768
            mhudspeth@baer-timberlake.com
            Attorney for USB